SRP
x7937

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>       v.<br><br><br><br>Luis Alberto LUJANO-Lujano,<br><br><br><br><br><br>          Defendant. | Magistrate Docket No. 25-mj-02064<br><br><br>COMPLAINT FOR VIOLATION OF:<br>Title 8, USC 1326 Deported Alien Found In The United States |

The undersigned complainant, being duly sworn, states:

On or about April 24, 2025, within the Southern District of California, defendant Luis Alberto LUJANO-Lujano, an alien, who previously had been excluded, deported and removed from the United States, was found in the United States, without the Attorney General or her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
James T. Burns
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON APRIL 25, 2025.

_____
HON. MICHAEL S. BERG
United States Magistrate Judge

CONTINUATION OF COMPLAINT:
Luis Alberto LUJANO-Lujano

## PROBABLE CAUSE STATEMENT

On April 24, 2025, Border Patrol Agent M. Hernandez was assigned to line-watch duties in the Chula Vista Border Patrol Station's Area of Operations. The Agent was wearing agency uniform with Border Patrol insignia. At approximately 6:45 AM, a pair of suspected illegal aliens were detected in an area known to Border Patrol Agents as "Triple Nickle."

Agent Hernandez responded to the area and, upon arrival, observed two individuals hiding in dense brush. Agent Hernandez then conducted an immigration inspection. It was determined that both individuals, identified as Luis Alberto LUJANO-Lujano and Hernan GARCIA-Rivera (charged elsewhere), were citizens of Mexico illegally present in the United States. At approximately 7:00 AM, both individuals were placed under arrest. This location is approximately one half mile east of the Otay Mesa, Port of Entry and approximately two miles north of the United States/ Mexico International boundary.

Routine record checks of the defendant revealed an immigration history. The defendant's record was determined by a comparison of his immigration record and the defendant's current fingerprints. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on April 16, 2025 through San Ysidro, California. These same records show that the defendant has not applied for permission from the Attorney General of the United States or her designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.